# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WALKER,<br><br>    Petitioner,<br><br>    v.<br><br>EASTERN DISTRICT COURT,<br><br>    Respondent. | Case No.  1:14-cv-00332-SAB-HC<br><br>ORDER DENYING MOTION TO REDUCE SENTENCING |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On March 26, 2014, the Court dismissed the petition because Petitioner had previously sought habeas relief with respect to this conviction in a previous petition. See Walker v. Roe, Case No. 1:01-CV-06289-LJO-HC.  Under 28 U.S.C. § 2244(b)(1), the instant petition is considered successive.  Therefore, on March 26, 2014, judgment was entered in this case, and the case was terminated.

On March 28, 2014, Petitioner filed the instant motion to reduce his sentence.  He is informed that the case is closed.  The Court is without jurisdiction to consider his challenges to his sentence and his conviction by plea bargain, since Petitioner has already sought and been denied habeas relief on a previous occasion.  See 28 U.S.C. § 2244(b)(1).

1 | Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to reduce his sentence
2 | is DENIED.

IT IS SO ORDERED.

Dated:   **April 1, 2014**

UNITED STATES MAGISTRATE JUDGE